# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WESTERN PLAINS CONSTRUCTION COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JIVIDEN & CO., )<br>)<br>Defendant. )<br>) | 4:04CV3336<br><br>ORDER |

    This matter is before the court on defendant's Motion to Amend Answer (#35). For good cause shown, and upon the representation that plaintiff has no objection,

    **IT IS ORDERED**, pursuant to Fed. R. Civ. P. 15(a), that the Motion to Amend Answer (#35) is granted.  Defendant shall file and serve the amended pleading forthwith.

    **DATED November 8, 2005.**

                               **BY THE COURT:**

                               **s/ F.A. Gossett**
                               **United States Magistrate Judge**