IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WESTERN PLAINS CONSTRUCTION COMPANY, a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3336 |
| vs. | ) ) ) | ORDER |
| JIVIDEN & CO., P.L.L.C., an Oklahoma professional limited liability company, | ) ) ) | |
| Defendant. | ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion for Enlargement of Time (#43) is granted, and the deadlines set in the Second Amended Final Progression Order (#34) are extended as follows:

1. The deadline for filing motions in limine is extended to February 13, 2006.

2. The final pretrial conference is continued from January 23, 2006 to **Thursday, March 9, 2006 at 9:00 a.m.**, in the chambers of the undersigned, Suite 2210, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. The jury trial now set for January 30, 2006 is continued to **March 20, 2006.** Trial will be held in Lincoln, Nebraska before the Hon. Richard G. Kopf.

**DATED December 28, 2005.**

                                                BY THE COURT:

                                                s/ F.A. Gossett
                                                **United States Magistrate Judge**