IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WESTERN PLAINS CONSTRUCTION COMPANY, a Nebraska corporation, | ) ) ) | 4:04CV3336 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **JUDGMENT** |
| JIVIDEN & CO., P.L.L.C., an Oklahoma professional limited liability company, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the parties' joint stipulation (filing 48) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action, including all claims, cross-claims, and counterclaims, is dismissed with prejudice, each party to pay their own costs.

April 17, 2006.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge